IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS, INC., | ) ) ) ) Judge Virginia M. Kendall ) |
| Plaintiffs, | ) Magistrate Judge Morton Denlow ) |
| v. | ) Civil Action No. 1:10-cv-3697 ) |
| TEVA PHARMACEUTICALS USA, INC., BARR PHARMACEUTICALS LLC, and BARR LABORATORIES, INC, | ) ) ) ) |
| Defendants. | ) |

DECLARATION OF HARRY C. BOGHIGIAN IN
SUPPORT OF TEVA PHARMACEUTICALS USA, INC.'S OPPOSITION
TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

I, Harry C. Boghigian, declare and state as follows:

1. My name is Harry C. Boghigian. I am submitting this declaration on behalf of Teva Pharmaceuticals USA, Inc.[1] ("Teva") to provide my opinions and views, based on over 39 years of pharmaceutical industry experience.

## I. Background and Qualifications

2. I am a pharmaceutical executive with over 39 years of domestic and international experience in the commercialization and marketing of pharmaceutical products.

3. My career in the industry began with Hoffmann-La Roche, one of the top ten global pharmaceutical research and development companies, in 1971 as a sales representative. During my career with Hoffmann-La Roche I held numerous positions of increasing responsibility in the US and internationally involving business development, market research, marketing, brand management, sales, sales management, strategic planning, portfolio management and product commercialization.

4. While at Hoffmann-La Roche I was involved with over forty products in various stages of development and commercialization. My experience includes management of a number of very successful co-promotion arrangements including Zantac™, the first co-promotion arrangement in the history of the industry. This product, as a result of the co-promotion arrangement, became one of the world's most widely prescribed products for the

---

[1] I have been informed that Barr Laboratories, Inc. is listed as the sponsor for the Abbreviated New Drug Application to make a generic version of Yaz®. Barr is an indirect, wholly owned subsidiary of Teva Pharmaceuticals, USA, Inc. For the sake of simplicity, I will refer to each of these corporate entities, both individually and collectively, as "Teva."

treatment of ulcers and reflux disease. Today it continues to be a recognized brand and widely advertised as an over-the-counter product for gastric reflux disease.

5. My positions of responsibility at Hoffmann-La Roche included Vice President of Business Operations where I was responsible for approximately 60% of the US revenues and an operating budget of $130 million. I was also appointed Vice President of US Marketing with responsibility for a $2.3 billion portfolio of products and product marketing budget in excess of $343 million where I led a team of marketing professionals that increased revenue 20% annually.

6. My international experience included positions as Global Business Director for several marketed and development compounds and Senior Vice President and General Manager of the Canadian division of Hoffmann-La Roche. My responsibility as a Global Business Director was to coordinate the marketing for new product introductions and currently marketed products in the US, France, Germany, Italy, UK and Japan. As Senior Vice President and General Manager for the Canadian division I was responsible for reorganizing and growing the Canadian division threefold. I restructured the organization, launched three new products and increased sales of currently marketed products.

7. I co-founded PBN PHARMA LLC a Chicago based research and development healthcare company in 2003. The company owns twelve patents and is focused on the development, licensing and commercialization of ethical and over-the-counter products.

8. In 2001, I founded Pharma Consultants LLC, a New Jersey-based consulting firm serving, start-up, small to medium size healthcare companies and advertising agencies in all areas of pharmaceutical sales and marketing.

9. I have Bachelor of Science Degree from the University of New Hampshire Whittemore School Of Business and have attended a number of Executive Business Programs at several of Europe's leading business schools such as INSEAD Institute of Business Administration in Fontainebleau Cedex, France and IMD Business School in Lausanne Switzerland. I have attached my curriculum vitae as Exhibit 1 to this declaration.

## II. Background Regarding The Current Lawsuit

10. I have been informed that Bayer Schering Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. (collectively referred to as "Plaintiffs") filed a lawsuit against Teva claiming: (1) Teva has falsely advertised Gianvi™, Teva's generic form of Plaintiffs' Yaz® monthly oral contraceptive product; and (2) Teva infringes one or more claims of U.S. Patent No. 5,798,338 (the "'338 patent").

## III. Wholesalers, Distributors, And Pharmacies Are Not Likely To Be Concerned That Gianvi™ Is Not Stabilized Using Betadex

11. I have reviewed the current Yaz® and Gianvi™ physician prescribing information. Both Yaz® and Gianvi™ contain the same active ingredients (3 mg of drospirenone and 0.02 mg of ethinyl estradiol). The Yaz® physician prescribing information states that the ethinyl estradiol in Yaz® is stabilized by betadex as a clathrate (molecular inclusion complex). I understand that although the Gianvi™ prescribing information likewise states that the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate (molecular inclusion complex), Gianvi™ does not in fact contain any betadex. Notably, neither the Yaz® patient package insert nor the Gianvi™ patient package insert refers at all to stabilization using betadex. I have been told that betadex clathrate is a stabilizing agent that Bayer is claiming improves the stability of the active ingredients in Yaz®.

12. Additionally, I note that while Yaz® is indicated for the treatment of moderate acne, the product labeling clearly states that patients should only take Yaz® for the treatment of moderate acne if they also desire to take an oral contraceptive.

13. It is my understanding that the stability of an FDA-approved oral contraceptive must correlate with the shelf life of the drug. I understand that the shelf life of Yaz® is 5 years and the shelf life of Gianvi™ is 18 months. I have been told that the typical shelf life of a combination oral contraceptive product is about 18 months. Therefore, the shelf life of Gianvi™ would not be a concern to wholesalers, distributors, or pharmacies.

14. I do not believe that the Gianvi™ physician prescribing information or patient package insert would cause any confusion amongst wholesalers, distributors or pharmacies. Each of these entities routinely checks the expiration dates of all pill packages and, in my experience, pharmacies will not stock a new drug or generic product that is within 6 months of its expiration date, and will not dispense a drug product once it is within 3 months of its expiration date.

15. In my opinion, the lack of use of betadex as a stabilizing agent in Gianvi™ will be of no consequence to wholesalers, distributors or pharmacies.

16. Gianvi™ will be a fast-moving product because it is a generic equivalent of Yaz®, a high volume-selling oral contraceptive. In the majority, if not all cases, pharmacists will be required to substitute Gianvi™ for Yaz®. Therefore, it is unlikely that Gianvi™ will remain on the pharmacy shelves for more than several months.

I declare under penalty of perjury my belief that the foregoing is true and correct.

Executed on June 16, 2010

_____
Harry C. Boghigian

# EXHIBIT 1

# HARRY C. BOGHIGIAN

| | |
|---|---|
| 7 Tudor Place | 23850 Via Italia Circle Suite 406 |
| Randolph, NJ 07869-2020 | Bonita Springs, Florida 34134 |
| Cell: 973-476-6591 | Office: 239 221-8351 |
| E-Mail: Hcbog@pharmaconsultantsllc.com | E-Mail: Hcbog@aol.com |

Policy level Senior Executive and Operating Officer with extensive experience in general management, sales, marketing, direct to consumer advertising, strategic planning and business execution. Demonstrated record of accomplishment in exceeding business targets and producing impressive business results. A driving passion for delivering incremental value. Strong analytical skills with broad experience in developing and leading high performance teams. A creative, high energy, versatile and action oriented business leader providing broad perspective, change leadership and desired outcomes.

## EXPERIENCE

PBN PHARMA LLC, Chicago, IL     2003-
**President**

PHARMA CONSULTANTS LLC, Randolph, NJ     2001-
**President**

ROCHE PHARMA, INC., Nutley, NJ     1995-2001
**Vice President, Business Operations**
**Vice President, Marketing**
**Vice President, Southern Business Operations**

HOFFMANN-LA ROCHE, Toronto, Canada     1991-1994
**Sr. Vice President & General Manager, Roche Pharmaceuticals, Canada**

HOFFMANN-LA ROCHE, Basel, Switzerland     1989-1991
**Group Director & Global Business Representative**

ROCHE LABS, Nutley, NJ     1984-1989
**Product Director**
**Regional Sales Director**
**Manager, Market Research**

HOFFMANN-LA ROCHE, Nutley, NJ     1971-1984
**Division Sales Manager, FL**
**Sales Representative, MA, NH, ME**

## ACCOMPLISHMENTS

- Significant general management and operations experience.
- Recognized Industry leader in field sales and marketing.
- Proven track-record of leadership inspiring people to over-achieve.
- Created and built high performance teams and enhanced organizational structure.
- Consistently identified and developed hidden revenue opportunities into development and commercialized prescription products.
- Revitalized the most successful co-promotion arrangement in history of the pharmaceutical industry.
- Consistently applauded for achieving revenue and profit targets.
- Successfully managed small and large pharmaceutical organizations.
- Significant experience in integration of corporate acquisitions.

# HARRY C. BOGHIGIAN

**PBN PHARMA LLC, Chicago, IL**
**President**
Research & Development Company focused on the marketing, licensing and divestiture of patented prescription and over-the-counter healthcare products covering a wide range of therapeutic areas PBN has twelve patented products in various stages of development and nine additional patents pending. Therapeutic areas include skin care, pain management and drug delivery systems. PBN is planning on marketing it first product in the near future.

**PHARMA CONSULTANTS LLC, Randolph, NJ**
**President**
Specializing in developing and consulting on strategies and tactics for prescription, OTC, and healthcare related products. Custom work servicing advertising agencies, biotech, pharmaceutical and health related companies and expert reports for international law firms on behalf of their clients.

**ROCHE PHARMA, INC., Nutley, NJ**
**Vice President Business Operations**
Profit and Loss responsibility for Business Operations representing Eastern half of United States with revenues in excess of $1 billion and 55% of corporate revenues. Managed a $130 million operating budget and refined execution of product strategies and tactics. Established expectations for hiring, managing, training and personal development of a 900 member field sales organization located within 10 regional business unit offices. Served as a member of the Business Operating Group, Business Strategic Forum, Strategic Alignment Steering Committee, Business Planning Process Committee and SB / Roche Steering Committee, Transformation 2000 Task Force.

- Driving force in Sales Force Transformation 2000 Project resulting in record productivity for managers and representatives.
- Recognized outpatient opportunities for prescribing of Rocephin IV and IM in Michigan, New York and Ohio resulting in three million dollars in incremental revenue and basis for national strategy to be implemented fourth quarter 2001.
- Achieved record levels in new prescription growth with Xenical (42.5%) and Tamiflu (74.6%) by implementing strategy of high frequency call activity and diverse programs on a limited target audience.
- Created Business Development Specialist to focus on non-traditional business customers capitalizing on untapped markets.
- Established enhanced focus on customer service with representative and account managers, resulting in several million dollars in incremental revenue.
- Developed and promoted three Business Unit Directors to Vice President.

**Vice President U.S. Marketing**
Corporate officer with total responsibility for re-building and reenergizing the marketing department, development of market strategies, 5 year revenue plans, and consulting with President and CEO on status of pharmaceutical business. Responsible for $2.3 billion portfolio of products. Sales increased 20% annually.

- Reorganized and staffed Marketing Intelligence, Career Training and Development, Sales Administration, Marketing, Promotion and Communications Department.
- Created and staffed first New Product Development & Planning, Consumer Marketing Leadership Center, Strategic Product Life Extension Group and Promotional Budget Management Departments.
- Directed hiring 60 high-grade individuals within 18-month period resulting in a First Class fully resourced Marketing Department totaling 270 full time and 45 full time contract employees in print department.
- Developed and implemented innovative strategies which delayed generic competition of Ticlid for 18 months representing an incremental $175 million in revenues.
- Created Marketing Operating Committee that successfully oversaw day-to-day operations of product marketing teams and service departments resulting in greater efficiencies and program synergies.
- Created and implemented extensive communication program and vision of "Becoming the Most Formidable Marketing Department in the Industry."

# HARRY C. BOGHIGIAN

Page Three

- Supervised the development of standards for numerous job functions related to budget and brand-lifecycle management.
- Developed comprehensive five-year revenue plans and strategies for major brands and presented them to Chairman and CEO.
- Successfully launched Posicor, Tasmar, Versed Syrup, Rocephin AOM, and Xenical (then the third most successful launch in pharmaceutical history). Oversaw Tamiflu launch plans.
- Supervised operating budget in excess of $50 million and promotional budgets of over $343 million resulting in a $12 million savings the first year and a $22 million savings in second year.
- Primary Care revenues grew 20% annually in '97 and '98 closing revenue gap of $250 million due to Posicor withdrawal from market and delay in Xenical introduction.
- Developed strategies and tactics, which slowed generic erosion of products off patent and provided $10.5+ million in incremental revenues.
- Directed development of Klonopin to Zydis Drug Delivery System - launching 4Q 2001. Estimate first twelve months revenue at $55 million.

**Vice President – Southern Business Operations**
One of four senior executives that created and executed a new pharmaceutical business model for U.S. pharmaceutical business. Successful achievement of aggressive revenue and profit targets.

- Successfully launched five new products in 12 months and achieved revenue targets of $1.3 billion, a 16% increase.
- Installed and staffed twenty business unit offices across U.S.
- Created and implemented job descriptions, performance expectations and standards for entire pharmaceutical business operations group.
- Convinced senior management to add 56 incremental representatives in seven southern states with net return of $3 to 1. Became model for national expansion.

**HOFFMANN-LA ROCHE**, Toronto, Canada
**Sr. Vice President and General Manager Roche Pharmaceuticals Canada**
General manager of pharmaceutical business responsible for sales, marketing, regulatory affairs, new business development, medical, professional services, federal and provincial government affairs, pricing, health economics, contracting, revenue growth, business expenses and profit and loss. Sales increased 82%.

- Hired new head of marketing and sales and reorganized management team.
- Created and chaired Marketing Board, a body of five department heads responsible for success of pharmaceutical business.
- Oversaw development of strategies and tactics resulting in successful launch of Mobiflex, Inhibace and Mannerix.
- Increased Rocephin sales 25% by hiring health economist and instituting a contracting program for hospitals.
- Successfully increased overall sales 82%.
- Integrated Syntex Pharmaceutical into Roche Organization resulting in a new company budget of $225 million and reorganized sales force.

**HOFFMANN-LA ROCHE**, Basel, Switzerland
**Group Director & Global Business Representative**
Responsible for revenue forecasts strategies and tactic of marketed and developmental compounds in cardiovascular, metabolic, gastrointestinal, central nervous system and oral anti-infectives.

- Responsibility for development worldwide Xenical lifecycle forecast and US market development plans.
- Convinced global R&D to spend additional $9.5 million in two additional arms of the phase three studies of Xenical resulting in an incremental $50 million.

# HARRY C. BOGHIGIAN

Page Four

- Revitalized the Roche/Glaxo co-promotion arrangement for Zantac and Ceftin. The most successful co-promotion arrangement in pharmaceutical history.

**ROCHE LABS**, Nutley, NJ
**Product Director**
Developed strategic plans for marketed products and new brands in gastroenterology, cardiology, infectious disease, and CNS.
- Coordinated clinical development for Roche/Glaxo co-promotion of Zantac and Ceftin.
- Spearheaded successful physician and pharmacy educational symposia that ran across the country for three years.
- Responsible for long-term revenue projections and evaluating licensing and acquisition candidates.

**Regional Sales Director**
- Directed 120 sales representatives with responsibility for 11 products and $215 million annual sales.
- Controlled an operating budget of $8 million.

**Manager, Market Research**
- Directed a team of analysts to uncover opportunities, strategies and messages for existing and new prescription brands.

**HOFFMANN-LA ROCHE**, Nutley, NJ
**Division Sales Manager**, West Coast Florida
- Managed twelve sales representative covering gulf coast of Florida.
- Launched Rocephin (the #1 injectable antibiotic).

**Sales Representative**, MA, NH & ME
- A consistent record of exceeding sales quotas. Received President's Achievement Award four times. Highest company sales award.
- Responsible for selling pharmaceuticals, educational training materials (ROCOM) and clinical laboratory services. (RCL)
- Established first clinical laboratory drawing station in New England.

## EDUCATION
Bachelor of Science, Whittermore School of Business, University of New Hampshire

### Post Graduate Courses
Executive Business Program
Insead, European Institute of Business Administration, Fontainebleau Cedex, France

Rising To Leadership Challenge
London Business School, London England

Type II Diabetes in the 90's
Harvard Medical School, Cambridge, Massachusetts

Executive Leadership Program
IMD, Lausanne, Switzerland

# HARRY C. BOGHIGIAN

Page Five

Leading Organizational Change & Renewal
Harvard Business School, Cambridge, Massachusetts Pharmacology and Pharmacodynamics of

CNS Acting Drugs
University of Rochester Medical School, Rochester, New York

<u>Infections and Treatments of the Nineties</u>
Baylor College of Medicine, Houston, Texas

<u>Pharmaceutical Marketing</u>
Dartmouth College, Tuck School of Business, Hanover, New Hampshire

## PROFESSIONAL ASSOCIATIONS
Healthcare Marketing Council, International Executive Guild
UNH Whittemore School of Business & Economics Judge for Paul J. Holloway Business Plan Competition
Chemist Club

## ADVISORY BOARDS
identrus
University New Hampshire Alumni