**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Bayer Schering Pharma AG, et al.
                                    Plaintiff,

v.                                              Case No.: 1:10–cv–03697
                                                Honorable Virginia M. Kendall

Teva Pharmaceuticals USA, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 16, 2010:

    MINUTE entry before Honorable Virginia M. Kendall: Temporary restraining order hearing held. Plaintiffs' motion for a temporary restraining order is denied without prejudice as moot based on the defendants' representations in open court. Defendants are given to 5:00 pm on 6/18/2010 to file their compliance report as outlined in open court.Advised in open court and Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.