1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | |
|---|---|
| **Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.** | Civil Action No. 1:10-cv-3697 |
| Plaintiffs, | Judge Virginia M. Kendall |
| v. | Magistrate Judge Morton Denlow |
| **Teva Pharmaceuticals USA, Inc., Barr Pharmaceuticals LLC, and Barr Laboratories, Inc.** | DEMAND FOR JURY TRIAL |
| Defendants. | |

## AGREED ORDER

Upon consideration of Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction, the June 16, 2010 Hearing, and the entire record before this Court, Plaintiffs' motion for a Temporary Restraining Order is DENIED WITHOUT PREJUDICE AS MOOT based upon the following representations of Defendants in open court:

Defendants agree not to ship any additional Gianvi™ product that contains promotional materials, package inserts or any other writing claiming that the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate.

Defendants represent that they:

have changed their websites to remove any claim that the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate;

have provided DailyMed with a corrected Physician Prescribing Information that does not state the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate and DailyMed has informed Defendants that it will distribute the same within 24 hours through its web portal for access by third parties;

provided the FDA a corrected Physician Prescribing Information that does not state the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate;

will provide to pharmacists via email or fax through "PharmAlert" or "US Pharmacists" on a weekly basis for three months a corrected Physician Prescribing Information that does not state that the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate and in the email or fax direct the pharmacists to the label change; and

will provide via email or fax to all known wholesalers, distributors and chain retailers that received the Gianvi™ product with the corrected Physician Prescribing Information that does not state the ethinyl estradiol in Gianvi™ is stabilized by betadex as a clathrate and in the email or fax direct them to the label change.

SO ORDERED.

_____
Honorable Virginia M. Kendall
UNITED STATES DISTRICT COURT JUDGE
Northern District of Illinois

Dated: June 16, 2010